JULIAN BACH, Ca Bar No. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 596-6331

Attorney for Plaintiff-Debtor-in-Possession,
PSG MORTGAGE LENDING CORP, a
Delaware Corp.

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PSG MORTGAGE LENDING CORP., a Delaware Corporation,<br><br>    Debtor and Debtor-In-Possession<br><br>PSG MORTGAGE LENDING CORP., a Delaware Corporation, Debtor and Debtor-In-Possession,<br><br>    Plaintiff-Debtor,<br><br>v.<br><br>LUKE BRUGNARA and KATHERINE BRUGNARA,<br><br>    Defendants. | Adv. No. 22-ap-03007 DM<br><br>Case No. 21-30592 DM<br><br>Chapter 11<br><br>**DECLARATION OF PHILIP FUSCO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 22, 2022<br>Time:  10:30 a.m.<br>Place:  VIA ZOOM/AT&T TELE<br>           Courtroom 17<br>           U.S. Bankruptcy Court<br>           450 Golden Gate Avenue<br>           San Francisco, CA 94102 |

## DECLARATION OF PHILIP FUSCO

I, Philip Fusco, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein. I make this Declaration in Support of Plaintiff-Debtor PSG Mortgage Lending Corp.'s (the "Debtor") Motion For Summary Judgment.

2. I am the CEO of the Debtor and am authorized to make this declaration on its behalf. In such capacity, I have custody and control of the business records of the Debtor. I am familiar with the manner in which those records are compiled. The records of the Debtor are made in the ordinary course of business by persons who have a business duty to the Debtor to make such records. The records were made at or near the time of the occurrence of the event or events of which they are of record. I have personally reviewed the Debtor's records as they relate to this matter, and, as a result, I am qualified to testify to the facts herein.

3. The sole asset of the Debtor is the vacant residential real property located at 224 Sea Cliff Avenue, San Francisco, CA (the "Sea Cliff Avenue Property"). The Sea Cliff Avenue Property has been the subject of multiple prior bankruptcy filings by its former owner, Brugnara Properties VI. The most recent bankruptcy by the former owner is Chapter 7 Case No. 17-30501, which was commenced by Brugnara Properties VI on May 22, 2017 as a Chapter 11 proceeding, converted to a Chapter 7 proceeding on April 4, 2018, and remains open and pending before this Court as of this date (the "Brugnara Properties VI Bankruptcy Proceeding").

4. The Debtor's predecessor in interest, PSG Capital Partners, Inc., was the holder of a trust deed secured against the Sea Cliff Avenue Property that was assigned by CHL to Paul Greenfield and thereafter assigned by Paul Greenfield to PSG Capital Partners, Inc. I have been the CEO and a shareholder of PSG Capital Partners, Inc. since 2012 and, in such capacity, I have custody and control of its business records as well. I am familiar with the manner in which those records are compiled.

5. After obtaining relief from the automatic stay in the Brugnara Properties VI Bankruptcy Proceeding, PSG Capital Partners, Inc. opted to immediately proceed with foreclosure. On August 13, 2020, a nonjudicial foreclosure sale of the Sea Cliff Avenue Property took place under the PSG Capital Partners, Inc. rust Deed, with title to the Sea Cliff Avenue Property reverting back to PSG Capital Partners, Inc. The Trustee's Deed Upon Sale was recorded on October 9, 2020 as document no. 2020028282. Attached hereto as Exhibit A is a true and correct copy of the recorded Trustee's Deed Upon Sale.

6. On August 20, 2021, title to the Sea Cliff Avenue Property was transferred by PSG Capital Partners, Inc. to the Debtor by Grant Deed recorded on August 25, 2021, document no. 2021136349. Attached hereto as Exhibit B is a true and correct copy of the recorded Grant Deed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __22nd__ day of March, 2022, at Irvine, California.

_____
Philip Fusco, Declarant

**EXHIBIT A**

Recording Requested By:

Order No. 91207992

When Recorded, Mail To:

PSG Capital Partners, Inc.
16441 Scientific Way
Suite #250
Irvine, CA 92618

FC No.: 17-217

APN: Lot 001S, Block 1307
224 Sea Cliff Avenue, SF

City and County of San Francisco
Carmen Chu, Assessor-Recorder



| Doc # 2020028282 | | Fees | $20.00 |
|---|---|---|---|
| 10/9/2020 | 8:38:29 AM | Taxes | $0.00 |
| DS | Electronic | Other | $0.00 |
| Pages 3 | Title 010 | SB2 Fees | $75.00 |
| Customer | 2009 | Paid | $95.00 |

# TRUSTEE'S DEED

The Grantee herein was the Beneficiary
The amount of the unpaid debt was $ 416,521.68
The amount bid by the Grantee was $ 50,000.00
The property is in San Francisco County,
City of San Francisco, State of California
APN: Lot 001S, Block 1307

Documentary Transfer Tax $ 0
[ X ] Computed on full value less
liens and the 5 encumbrances
remaining at the time of sale
Said sale was held on a sixth (6th) Deed of Trust

_____
Signature of Declarant or Agent

THE FORECLOSURE COMPANY, INC., as the duly appointed Trustee under a Deed of Trust referred to below and herein called TRUSTEE, does hereby grant without any covenant or warranty, expressed or implied to:

PSG Capital Partners Inc., a California corporation,

herein called Grantee,

the property described on Exhibit A attached hereto and made part hereof as though fully incorporated herein by this reference.

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Substituted Trustee, under that certain Deed of Trust executed by

Brugnara Properties VI, a California Corporation,

as Trustor,

Recorded on December 1, 2016 as Instrument No. 2016-K365957-00 of Official Records in the Office of the Recorder of San Francisco County, California; and pursuant to the Notice of Default Recorded on May 3, 2017 as Instrument Number 2017-K446800-00 in Book n/a at Page n/a of Official Records of San Francisco County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust.

A Notice of Trustee's Sale was published once a week for three consecutive weeks commencing on July 22, 2020 in the San Francisco Daily Journal, a legal newspaper, and at least twenty days before the date fixed therein for sale, a copy of said Notice of Trustee's Sale was posted in a conspicuous place on the property described herein and in one public place in the city where the sale was to be held.

At the time and place fixed in said Notice of Trustee's Sale, said Trustee did sell said property herein described at public auction on August 13, 2020 to said Grantee, being the highest bidder, therefore, for $50,000.00 cash, lawful money of the United Sates, in partial satisfaction of the indebtedness then secured by said Deed of Trust.

The Foreclosure Company, Inc.
as Substituted Trustee

DATE: Sept. 14, 2020

By: _____
Christina Leigh, Foreclosure Officer

Case: 21-30592   Doc# 28-2   Filed: 09/27/21   Entered: 09/27/21 18:39:10   Page 4 of EXH A
95                                                                                          001

Case: 22-03007   Doc# 10-1   Filed: 03/23/22   Entered: 03/23/22 12:07:30   Page 5 of 10

# Exhibit A

The land referred to herein is situated in the State of California, County of San Francisco, City of San Francisco, and is described as follows:

BEGINNING AT A POINT ON THE NORTHERLY LINE OF SEACLIFF AVENUE, DISTANT THEREON 74.302 FEET WESTERLY FROM THE SOUTHWESTERLY CORNER OF LOT NO. 76 OF SUBDIVISION NO. 1 OF SEA CLIFF IN THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED APRIL 1, 1913, IN BOOK "G" OF MAPS, PAGE 98 AND 99, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA; RUNNING THENCE WESTERLY ALONG THE SAID LINE OF SEACLIFF AVENUE 54.493 FEET; THENCE NORTH 3° 23' WEST 132.071 FEET; THENCE NORTH 88° EAST 29.011 FEET; THENCE NORTH 4° 30' 29" EAST 42.240 FEET TO A LINE OF ORDINARY HIGH TIDE OF THE WATERS OF THE PACIFIC OCEAN; THENCE NORTH 64° 48' 40" EAST ALONG SAID LINE OF ORDINARY HIGH TIDE 21.122 FEET; THENCE SOUTH 3° 23' EAST 178.127 FEET TO THE POINT OF BEGINNING.

Assessor's Parcel Number: 1307-001S

Trustee's Deed 17-217
Page 2

Case: 21-30592  Doc# 28-2  Filed: 09/27/21  Entered: 09/27/21 18:39:10  Page 5 of 95

002
EXH A

Case: 22-03007   Doc# 10-1   Filed: 03/23/22   Entered: 03/23/22 12:07:30   Page 6 of 10

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Santa Cruz

On 09/14/2020 before me, M. Zaragoza, Notary Public, personally appeared Christina Noel Leigh who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or entity(ies) upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.



Commission # 2333028
Expires on 09/01/2024

Trustee's Deed 17-217
Page 3

-END OF DOCUMENT-

**EXHIBIT B**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
RESIDENTIAL DIVISION

RECORDING REQUESTED BY:

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

PSG Capital Partners, Inc.
16441 Scientific Way, Suite 250
Irvine, CA 92618

Order No.:
Escrow No.:
APN: 1307-001S     Lot 001S Block 1307



**City and County of San Francisco**
**Joaquin Torres, Assessor-Recorder**

| Doc # | **2021136349** | Fees | $17.00 |
|---|---|---|---|
| 8/25/2021 | 1:34:07 PM | Taxes | $0.00 |
| DS | Electronic | Other | $0.00 |
| Pages 2 | Title 001 | SB2 Fees | $75.00 |
| Customer | 9013 | Paid | $92.00 |

Undersigned Grantor Declares:

The grantors and grantees in this
conveyance are comprised of the
same parties who continue to hold
the same proportionate interest
in the property, R&T 11925(d)

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# CORPORATION GRANT DEED

DOCUMENTARY TRANSFER TAX IS $0.00 Exempt
____ Computed on full value of property conveyed, or
____ Computed on full value less liens and encumbrances remaining at time of sale.
____ Unincorporated area   _X_ City of San Francisco, CA

For valuable consideration, receipt of which is hereby acknowledged, PSG Capital Partners, Inc.

a corporation organized under the laws of the State of California hereby GRANTS to PSG Mortgage Lending Corp, a Delaware Corporation

the real property situated in the County of San Francisco, State of California, more particularly described as follows:
Property address known as: 224 Seacliff Ave., San Francisco
See Exhibit "A" attached hereto and made a part hereof

Dated: 08/20/2021                          PSG CAPITAL PARTNERS, INC.

THIS INSTRUMENT FILED FOR RECORD BY
FIRST AMERICAN TITLE INSURANCE CO.
AS AN ACCOMMODATION ONLY. IT HAS NOT
BEEN EXAMINED AS TO ITS EXECUTION OR
AS TO ITS EFFECT UPON THE TITLE

By _____
       Philip Fusco
Its ____CEO____

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF __Orange__ } ss.

On __August 20, 2021__ before me, __Alicia Yong__, Notary Public, personally appeared __Philip Fusco__
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____

ALICIA YONG
Commission No. 2284568
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 9, 2024

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# EXHIBIT A
## LEGAL DESCRIPTION

The land referred to herein below is situated in the County of SAN FRANCISCO, State of CALIFORNIA, and is described as follows:

BEGINNING AT A POINT ON THE NORTHERLY LINE OF SEA CLIFF AVENUE, DISTANT THEREON 74.302 FEEL WESTERLY FROM THE SOUTHWESTERLY CORNER OF LOT NO. 76 OF SUBDIVISION NO. 1 OF SEA CLIFF, IN THE CITY OF SAN FRANCISCO ,COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF RECORDED APRIL 1, 1913, IN BOOK "G" OF MAPS, PAGES 98 AND 99, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA; RUNNING THENCE WESTERLY ALONG THE SAID LINE OF SEA CLIFF AVENUE 54.493 FEET; THENCE NORTH 3° 23' WEST 132.071 FEET; THENCE NORTH 88° EAST 29.011 FEET; THENCE NORTH 4° 30' 29" EAST 42.240 FEET TO A LINE ORDINARY HIGH TIDE OF THE WATERS OF THE PACIFIC OCEAN; THENCE NORTH 64° 48' 40" EAST ALONG SAID LINE OF ORDINARY HIGH TIDE 21.122 FEET; THENCE SOUTH 3° 23' EAST 178.127 FEET TO THE POINT OF BEGINNING.

Assessor's Parcel Number: 1307-001S