1  JULIAN BACH, Ca Bar No. 162421
   LAW OFFICE OF JULIAN BACH
2  7911 Warner Avenue
   Huntington Beach, California 92647
3  Telephone: (714) 848-5085
   Facsimile: (714) 596-6331
4
   Attorney for Plaintiff-Debtor-in-Possession,
5  PSG MORTGAGE LENDING CORP, a
   Delaware Corp.
6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHER DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION

10  In re:                                    )   Adv. No. 22-ap-03007 DM
                                              )
11    PSG   MORTGAGE   LENDING   CORP.,   a)       Case No.  21-30592 DM
    Delaware Corporation,                     )
12                                            )   Chapter 11
               Debtor and Debtor-In-Possession )
13  _____ )   **DECLARATION  OF  CHRISTINA
    PSG MORTGAGE LENDING CORP., a Delaware )       LEIGH IN SUPPORT OF MOTION FOR
14  Corporation, Debtor and Debtor-In-Possession, )  SUMMARY JUDGMENT**
                                              )
15         Plaintiff-Debtor,                  )   Date:    April 22, 2022
                                              )   Time:    10:30 a.m.
16  v.                                        )   Place:   VIA ZOOM/AT&T TELE
                                              )            Courtroom 17
17  LUKE   BRUGNARA   and   KATHERINE)                     U.S. Bankruptcy Court
    BRUGNARA,                                 )            450 Golden Gate Avenue
18                                            )            San Francisco, CA 94102
           Defendants.                        )
19                                            )
                                              )
20                                            )
                                              )
21  _____ )

22

23

24

25

26

27

## DECLARATION OF CHRISTINA LEIGH

I, CHRISTINA LEIGH, declare as follows:

1. I am over the age of eighteen years old and I am not a party to this case. I have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein. I male this declaration in Support of Plaintiff PSG Mortgage's Motion for Summary Judgment.

2. I am employed at The Foreclosure Company, Inc. in Santa Cruz, California. In my capacity as a foreclosure officer, I oversaw the foreclosure of the property at 224 Sea Cliff Avenue, San Francisco, California, Trustee Sale No. 17-217, pursuant to that certain Deed of Trust, executed by Brugnara Properties VI, a California Corporation, as Trustor, recorded December 1, 2016 as Instrument No. 2016-K365937-00 of the Official Records in the Office of the Recorder of San Francisco County.

3. There were two nonjudicial foreclosures related to the subject property: the first on July 14, 2020, and the second on August 13, 2020.

4. On June 19, 2020, I caused to file a Notice of Trustee's Sale, Instrument No. 2020-K942797-00 of the Official Records in the Office of the Recorder of San Francisco County. The noticed trustee sale date was scheduled for July 14, 2020. A true and correct copy of that recorded Notice of Trustee's Sale is attached hereto as **Exhibit 1**.

5. In accordance with the procedures outlined in California Code, Civil Code § 2924, on June 22, 2020, I served a copy of the Substitution of Trustee, Notice of Trustee's Sale and Summaries of Notice of Trustee's Sale by placing a true copy thereof in a sealed envelope with postage fully prepaid, sent via first-class and Certified mail upon the Brugnara Properties VI, Ms. Katherine Louise Brugnara, the State of California Franchise Tax Board, Old Republic Title

- 2 -

Case: 22-03007    Doc# 10-2    Filed: 03/23/22    Entered: 03/23/22 12:07:30    Page 2 of 29

1  Company, and the Internal Revenue Service – each at their last know address provided. A true and

2  correct copy of my Affidavit of Mailing together with copies of the letters sent to BPVI (including

3  the certified mail receipt numbers) are attached hereto as **Exhibit 2**.

4
5          6.      Together with mailing the certified Notices of Trustee's Sale, I engaged Nationwide

6  Posting and Publication to both publish the Notice of Trustee's Sale and post the Notice of Trustee's

7  Sale on the subject property and at a public place in the city where the property is to be sold. Said

8  posting was completed on June 23, 2020. I am familiar both with the practices of Nationwide

9  Posting and with their typical forms. A true and correct copy of their Posting Certificate is attached

10  hereto as **Exhibit 3**.

11
12          7.      The first trustee sale, conducted July 14, 2020, resulted in the sale to a third-party,

13  Mr. Alvaro Galindo. Mr. Galindo successfully bid $71,000. Mr. Galindo tendered two cashier's

14  checks drawn on San Mateo Credit Union, totaling $73,000. On the date of the sale, our company

15  issued a Receipt of Funds to Mr. Galindo. A true and correct copy of that Receipt of Funds is

16  attached hereto as **Exhibit 4**.

17          8.      As is my usual process, I presented the cashier's checks to my bank to have them

18  negotiated. Subsequently, I learned from my bank that Mr. Galindo had convinced his bank to not

19  honor the cashier's checks. As a result of the failed sale, the decision was made to reset the

20  foreclosure sale.

21
22          9.      On July 24, 2020, I caused to file a Notice of Trustee's Sale, Instrument No. 2020-

23  K955428-00 of the Official Records in the Office of the Recorder of San Francisco County. The

24  noticed trustee sale date was scheduled for August 13, 2020. A true and correct copy of that

25  recorded Notice of Trustee's Sale is attached hereto as **Exhibit 5**.

26
27          10.     In accordance with the procedures outlined in California Code, Civil Code § 2924, on

28  July 24, 2020 I served the Notice of Trustee's Sale and Summaries of Notice of Trustee's Sale by

- 3 -

Case: 22-03007     Doc# 10-2     Filed: 03/23/22     Entered: 03/23/22 12:07:30     Page 3 of
29

July 24, 2020 I served the Notice of Trustee's Sale and Summaries of Notice of Trustee's Sale by placing a true copy thereof in a sealed envelope with postage fully prepaid, sent via first-class and Certified mail upon the Brugnara Properties VI, Ms. Katherine Louise Brugnara, the State of California Franchise Tax Board, and the Internal Revenue Service – each at their last know address provided. A true and correct copy of my Affidavit of Mailing together with copies of the letters sent to BPVI (including the certified mail receipt numbers) are attached hereto as **Exhibit 6**.

11.     Once again, I engaged Nationwide Posting and Publication to both publish the Notice of Trustee's Sale and post the Notice of Trustee's Sale on the subject property and at a public place in the city where the property is to be sold. Said posting was completed on July 23, 2020. I am familiar both with the practices of Nationwide Posting and with their typical forms. A true and correct copy of their Posting Certificate is attached hereto as **Exhibit 7**.

12.     The second foreclosure sale was conducted, no bidders were present, and the sale resulted in the property reverting back to the beneficiary – PSG Capital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of March, 2022, at Santa Cruz, California.

_____
Christina Leigh, Declarant

- 4 -

# EXHIBIT 1

Recording Requested By:
 Pacific Coast Title Company
Order No.: 91207992

When Recorded, Mail To:

The Foreclosure Company, Inc.
827 Cedar Street
Santa Cruz, California 95060

FC No.: 17-217

20209K94279700002
San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC 2020-K942797-00
Acct 2009-Pacific Coast Title Company
Friday, JUN 19, 2020 15:20:39
Ttl Pd  $95.00    Nbr-0006202489
okc/RE/1-2

APN: Lot 001S, Block 1307
224 Sea Cliff Avenue, SF

# NOTICE OF TRUSTEE'S SALE No. 17-217

NOTE TO BORROWER: THERE IS A SUMMARY OF THIS INFORMATION IN THE DOCUMENT ATTACHED
注：本文件包含一个信息摘要　　　참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED November 15, 2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

**On July 14, 2020 at 2:00 pm**, at the Van Ness Avenue entrance to the City Hall at 400 Van Ness Avenue, San Francisco, Ca. 94102, The Foreclosure Company, Inc., as Substituted Trustee, will sell at public auction to the highest bidder for cash (payable at the time of sale in lawful money of the United States) the following described property situated in the County of San Francisco, State of California, described more fully within said Deed of Trust.

The street address and other common designation of the real property described above is purported to be:  224 Sea Cliff Avenue, San Francisco, Ca. 94121  APN: Lot 001S, Block 1307 The undersigned disclaims any liability for any incorrectness of the street address and other common designation shown here.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien you should understand that there are risks involved in bidding at a Trustee's Sale (auction). You will be bidding on a lien. Although you will receive title to the property, placing the highest bid at a Trustee auction DOES NOT automatically entitle you to free and clear ownership of the property. You should be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction you will be, or may be, responsible for paying off all liens senior to the lien being auctioned before you can receive clear title to the property. You are encouraged to investigate the existence, priority and amount of outstanding liens that may exist on this property by contacting the County Recorder's Office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources you should be aware that the same lender may hold more than one mortgage or Deed of Trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this Notice of Sale may be postponed one or more times, pursuant to California Civil Code Section 2924g. The law requires that information about Trustee Sale postponements be made available to you and the public, as a courtesy to those not present at the sale. If you would like to know whether your sale date has been postponed, and/or the rescheduled time and date for the sale of this property, you may call (408) 374-7204 or visit www.foreclosureco.com and check Trustee's Sale #17-217. Information about postponements that are short in duration or that occur close to the scheduled sale time may not immediately be reflected in the telephone information or online. The best way to verify postponement information is to attend the scheduled sale.

Said sale will be made without covenant or warranty, expressed or implied regarding title, possession or encumbrances to satisfy the obligations secured by and pursuant to the Power of Sale conferred in the Deed of Trust executed by
                          Brugnara Properties VI, a California Corporation,
                                                                              as Trustor,
Recorded on December 1, 2016 as Instrument No. 2016-K365937-00 of Official Records in the Office of the Recorder of San Francisco County. At the time of the initial publication of this Notice, the amount due to satisfy the obligation secured by the subject Deed of Trust, estimated costs, expenses, fees and advances is $413,466.66. To verify the opening bid call (408) 374-7204, before the sale date.

The Foreclosure Company, Inc., as Trustee
827 Cedar Street
Santa Cruz, California 95060

Pub. dates: 6/22, 6/29 & 7/6/2020

Date: June 11, 2020                    By: _____
                                           Christina Leigh, Foreclosure Officer

This office is assisting the Beneficiary in collecting
a debt and any information obtained may be used
for that purpose whether received verbally or in writing.

_____

THIS AREA HAS INTENTIONALLY BEEN LEFT BLANK

# EXHIBIT 2

# AFFIDAVIT OF MAILING

State of California
County of Santa Cruz

In the matter of Notice of Trustee's Sale
Trustee's Number    17-217

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 827 Cedar Street, Santa Cruz, California 95060.

On _June 22, 2020_ , I served a copy of the Substitution of Trustee, Notice of Trustee's Sale and Summaries of Notice of Trustee's Sale by placing a true copy thereof in a sealed envelope with postage fully prepaid, sent via first-class and Certified mail , unless otherwise specified, in the United States Post Office at Santa Cruz, California, said mailings were addressed as follows:

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

Brugnara Properties VI
c/o Katherine Louise Brugnara
224 Sea Cliff Avenue
San Francisco, California 94121

State of California Franchise Tax Board
Special Procedures Section
Post Office Box 2952
Sacramento, California 95812-2952

| Substitution of Trustee sent by Certified mail |
| --- |
| Old Republic Title Co., as original Trustee<br>600 California Street, Suite 900<br>San Francisco, California 94108 |

| Notice of Trustee's Sale & Federal Tax Liens sent by Return-Receipt Certified mail 6/19/20 | |
| --- | --- |
| Internal Revenue Service<br>Technical Services Advisory Group Manager<br>1301 Clay Street, Suite 1410S<br>Oakland, California 94612 | |

Substitution of Trustee:

Recorded on _June 19, 2020_ Inst. No. _2020- K 942796_ County of _San Francisco_
-00

Notice of Trustee's Sale:

Recorded on _June 19, 2020_ Inst. No. _2020- K 942797-00_ County of _San Francisco_

I certify under penalty of perjury that the foregoing is true and correct. This declaration was executed on _June 22, 2020_ at Santa Cruz, California.

_____
Christina Leigh

# The Foreclosure Company, Inc.

June 22, 2020

...

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

Re: Foreclosure No. 17-217
     Property:  224 Sea Cliff Avenue
                 San Francisco, California 94121

To Whom it May Concern:

A Notice of Trustee's Sale has been issued as a result of the above
referenced foreclosure. I have enclosed a copy of the Notice of Trustee's
Sale which includes the date, time, place and estimated opening bid for the
public auction.

Please contact our office if you have any questions.

Sincerely,

Christina Leigh
Foreclosure Officer

Enc. 8

Certified Mail

**This office is assisting the Beneficiary
with the collection of a debt and any
information obtained may be used for
that purpose, whether the information
is obtained verbally or in writing.**

7018 3090 0001 7154 3551

827 Cedar Street
Santa Cruz, California 95060

408.374.7204
TheForeclosureCo@gmail.com

# The Foreclosure Company, Inc.

June 22, 2020

Brugnara Properties VI
c/o Katherine Louise Brugnara
224 Sea Cliff Avenue
San Francisco, California 94121

Re: Foreclosure No. 17-217
      Property:   224 Sea Cliff Avenue
                 San Francisco, California 94121

Dear Ms. Brugnara:

A Notice of Trustee's Sale has been issued as a result of the above referenced foreclosure. I have enclosed a copy of the Notice of Trustee's Sale which includes the date, time, place and estimated opening bid for the public auction.

Please contact our office if you have any questions.

Sincerely,

Christina Leigh
Foreclosure Officer

Enc. 8

Certified Mail

**This office is assisting the Beneficiary with the collection of a debt and any information obtained may be used for that purpose, whether the information is obtained verbally or in writing.**

7018 3090 0001 7154 3568

827 Cedar Street
Santa Cruz, California 95060

408.374.7204
TheForeclosureCo@gmail.com



The Foreclosure Company, Inc.
827 Cedar Street
Santa Cruz, California 95060

17-217

7018 3090 0001 7154 3568

Brugnara Properties VI
c/o Katherine Louise Brugnara
224 Sea Cliff Avenue
San Francisco, California 94121

NIXIE 895 DE 1 0007/12/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 95060383227 *2040-06200-22-41

The Foreclosure Company, Inc.
827 Cedar Street
Santa Cruz, California 95060

17-217

7018 3090 0001 7154 3551

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

NIXIE 957 DE 1 0005/23/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 95060383227 *1616-09148-22-41

# EXHIBIT 3



# NATIONWIDE
## Posting & Publication

| | | |
|---|---|---|
| TRUSTEE: | **The Foreclosure Company** | TS NO: **17-217** |
| ADDRESS: | **224 Sea Cliff Avenue** | CITY: **San Francisco** STATE: **CA** ZIP: **94121** |
| TRUSTOR: | **Brugnara Properties VI, A California Corporation** | |
| POST ON: | **06/20/2020**    POST BY: **06/23/2020** | APN: **Lot 001S, Block 1307** |

## POSTING CERTIFICATE

I, the undersigned, do hereby certify that I am of legal age and competent to be a witness relating to the matters herein:
On **06/23/2020** I posted a copy(s) of the Notice of: ☐ Default  ☑ Trustee's Sale ☐ CCC 2924.8 ☐ CCC 2923.3 ☐ Declaration
pursuant to California Civil Codes 2923.3, 2924f and 2924.8 on the property described in the Notice of Trustee's Sale or Notice of
Default. I posted on the **Security Door** of a **Single Family Dwelling**

On **06/23/2020** a copy of the Notice of Trustee's Sale was posted in a public place in accordance with California Civil Code
2924f(1)at the public viewing board inside the San Francisco Civic Center Courthouse, 400 McAllister St, San Francisco, CA, 400
McAllister Street, San Francisco, CA

I certify under penalty of perjury that the foregoing is true and correct:   _Q Frg9_   **06/23/2020**
                                                                             Jamie May        Date:

## PROPERTY CONDITION REPORT

| Improvements/Land Use: | | General Info: | | Parking: | |
|---|---|---|---|---|---|
| Structure: | Single Family Dwelling | Occupancy: | Occupied | Garage: | 2 Car |
| Stories: | 3 | Occupancy Contact: | No | Attached: | Yes |
| Color: | See Comments | Area: | Residential | Open Parking: | 0 |
| Roof: | Tile | Property Value: | Average | Additional: | None |
| Exterior: | Stucco | Vandalism Risk: | Medium | Carport: | No |
| Landscape: | Fair | | | | |
| For Sale Sign: ☐      Real Estate Co/Phone #: | | | | | |

Comments: **Color is Peach.**




**SAN FRANCISCO DAILY JOURNAL**

~ SINCE 1893 ~

44 MONTGOMERY ST STE 500, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

NATIONWIDE POSTING & PUB (DJ)
1180 IRON POINT ROAD, SUITE 100
FOLSOM, CA - 95630

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of   California   )
County of   SAN FRANCISCO ) ss

Notice Type:   TS - TRUSTEE SALE

Ad Description:
370619
Gross Price: $300.00

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

06/23/2020, 06/30/2020, 07/07/2020

Executed on: 07/07/2020
At OAKLAND ,CA

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*Signature*

Signature

SF #: 3373956

NOTICE OF TRUSTEE'S SALE No. 17-217: YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED November 15, 2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On JULY 14, 2020 at 2:00 pm, at the Van Ness Avenue entrance to the City Hall at 400 Van Ness Avenue, San Francisco, Ca. 94102, The Foreclosure Company, Inc., as Substituted Trustee, will sell at public auction to the highest bidder for cash (payable at the time of sale in lawful money of the United States) the following described property situated in the County of San Francisco, State of California, described more fully within said Deed of Trust. The street address and other common designation of the real property described above is purported to be: 224 Sea Cliff Avenue, San Francisco, Ca. 94121 APN: Lot 001S, Block 1307 The undersigned disclaims any liability for any incorrectness of the street address and other common designation shown here. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien you should understand that there are risks involved in bidding at a Trustee's Sale (auction). You will be bidding on a lien. Although you will receive title to the property, placing the highest bid at a Trustee auction DOES NOT automatically entitle you to free and clear ownership of the property. You should be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction you will be, or may be, responsible for paying off all liens senior to the lien being auctioned before you can receive clear title to the property. You are encouraged to investigate the existence, priority and amount of outstanding liens that may exist on this property by contacting the County Recorder's Office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources you should be aware that the same lender may hold more than one mortgage or Deed of Trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this Notice of Sale may be postponed one or more times, pursuant to California Civil Code Section 2924g. The law requires that information about Trustee Sale postponements be made available to you and the public, as a courtesy to those not present at the sale. If you would like to know whether your sale date has been postponed, and/or the rescheduled time and date for the sale of this property, you may call (408) 374-7204 or visit www.foreclosureco.com and check Trustee's Sale #17-217. Information about postponements that are short in duration or that occur close to the scheduled sale time may not immediately be reflected in the telephone information or online. The best way to verify postponement information is to attend the scheduled sale. Said sale will be made without covenant or warranty, expressed or implied regarding title, possession or encumbrances to satisfy the obligations secured by and pursuant to the Power of

*||||| barcode ||||| * A 0 0 0 0 5 4 4 8 2 9 6 *

Email

Sale conferred in the Deed of Trust executed by Brugnara Properties VI, a California Corporation, as Trustor, Recorded on December 1, 2016 as Instrument No. 2016-K365937-00 of Official Records in the Office of the Recorder of San Francisco County. At the time of the initial publication of this Notice, the amount due to satisfy the obligation secured by the subject Deed of Trust, estimated costs, expenses, fees and advances is $413,468.66. To verify the opening bid call (408) 374-7204, before the sale date. The Foreclosure Company, inc., as Trustee, 827 Cedar Street, Santa Cruz, Ca. 95060 By: Christina Leigh, Foreclosure Officer Date: June 11, 2020 This office is assisting the Beneficiary in collecting a debt and any information obtained may be used for that purpose whether received verbally or in writing. SF0370619 To: SAN FRANCISCO DAILY JOURNAL 06/23/2020, 06/30/2020, 07/07/2020 6/23, 6/30, 7/7/20

**SF-3373956#**

# EXHIBIT 4

# RECEIPT OF FUNDS

DATE 7-14-20  NPP# 370619  TS# 17-217

(✓) Trustee's Sale ( ) HUD Sale ( ) Reinstatement

Trustee Name THE FORECLOSURE COMPANY
Contact SHACUL LANG
Address 827 CEDAR ST
City SANTA CLUL St CA Zip 95060 Phone 408-574-7264

**FUNDS RECEIVED:** **NUMBER OF CHECKS** 2

| Check Number | Drawn on (Name of Financial Institution) | Amount |
|---|---|---|
| 0000079189 | SAN MATEO CREDIT UNION | $ 50,000.00 |
| 0000079442 | | 23,000.00 |

| | | |
|---|---|---|
| TOTAL CHECKS RECEIVED (A) | $ | 73,000.00 |
| TOTAL CASH RECEIVED (B) | $ | 0 |
| TOTAL ALL FUNDS (A+B) | $ | 73,000.00 |

| | | |
|---|---|---|
| *Total Funds Collected:* | $ | 73,000.00 |
| *Subtract Amount of Final Bid:* | $ | 71,000.00 |
| *Subtract Doc/City/Rec Fees:* | $ | |
| *Equals Amount of Refund:* | $ | 2,000.00 |

Agent for Trustee Signature

*If refund, check should be made payable to: ALVARO GALINDO

**HUD SALES ONLY:**

HUD Deposit Collected $ _____
Amount of Final Bid $ _____
*Remaining Balance due to Trustee within 30 days $ _____

## BUYER/RECORDING INFORMATION

Rep. Name ALVARO GALINDO Company Name
Address 2 TUNITAS LANE
City SOUTH SAN FRANCISCO St CA Zip 94080
Phone 650-438-2489 Email
Mailing address for recorded documents (if different from above address) _____

Driver's License # B4820007 or Social Security # _____
Title to be recorded as follows (Vesting)
ALVARO GALINDO, A MARRIED MAN AS HIS SOLE
AND SEPERATE PROPERTY

Initial here to confirm you have verified the vesting for accuracy

Buyer's signature below indicates the above information is true and correct. Buyer's signature below affirms Buyer's or Buyer's Agent understands and agrees the sale of the interest in this property is on an "As Is" basis, with no warranties, expressed or implied, regarding but not limited to, title, condition, possession, or encumbrances.

_____ / 7 / 2020
Signature of Buyer or Buyer's Representative    Date

**Trustee - White**      **Buyer - Pink**

# EXHIBIT 5

Recording Requested By:
Pacific Coast Title Company
Order No.: 91207992

When Recorded, Mail To:

The Foreclosure Company, Inc.
827 Cedar Street
Santa Cruz, California 95060

FC No.: 17-217

20209K95542800002
San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC 2020-K955428-00
Acct 2009-Pacific Coast Title Company
Friday, JUL 24, 2020 13:31:22
Ttl Pd    $95.00        Nbr-0006216537
RS1/RE/1-2

APN: Lot 001S, Block 1307
224 Sea Cliff Avenue, SF

## NOTICE OF TRUSTEE'S SALE No. 17-217

NOTE TO BORROWER: THERE IS A SUMMARY OF THIS INFORMATION IN THE DOCUMENT ATTACHED

注：本文件包含一个信息摘要　　　　参고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED November 15, 2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

**On August 13, 2020 at 1:30 pm,** outside the Memorial Court gates by Van Ness Avenue between 301 and 401 Van Ness Avenue, San Francisco, CA 94102, The Foreclosure Company, Inc., as Substituted Trustee, will sell at public auction to the highest bidder for cash (payable at the time of sale in lawful money of the United States) the following described property situated in the County of San Francisco, State of California, described more fully within said Deed of Trust.

The street address and other common designation of the real property described above is purported to be:  224 Sea Cliff Avenue, San Francisco, Ca. 94121 APN: Lot 001S, Block 1307 The undersigned disclaims any liability for any incorrectness of the street address and other common designation shown here.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien you should understand that there are risks involved in bidding at a Trustee's Sale (auction). You will be bidding on a lien. Although you will receive title to the property, placing the highest bid at a Trustee auction DOES NOT automatically entitle you to free and clear ownership of the property. You should be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction you will be, or may be, responsible for paying off all liens senior to the lien being auctioned before you can receive clear title to the property. You are encouraged to investigate the existence, priority and amount of outstanding liens that may exist on this property by contacting the County Recorder's Office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources you should be aware that the same lender may hold more than one mortgage or Deed of Trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this Notice of Sale may be postponed one or more times, pursuant to California Civil Code Section 2924g. The law requires that information about Trustee Sale postponements be made available to you and the public, as a courtesy to those not present at the sale. If you would like to know whether your sale date has been postponed, and/or the rescheduled time and date for the sale of this property, you may call (408) 374-7204 or visit www.foreclosureco.com and check Trustee's Sale #17-217. Information about postponements that are short in duration or that occur close to the scheduled sale time may not immediately be reflected in the telephone information or online. The best way to verify postponement information is to attend the scheduled sale.

Said sale will be made without covenant or warranty, expressed or implied regarding title, possession or encumbrances to satisfy the obligations secured by and pursuant to the Power of Sale conferred in the Deed of Trust executed by

Brugnara Properties VI, a California Corporation,

as Trustor,

Recorded on December 1, 2016 as Instrument No. 2016-K365937-00 of Official Records in the Office of the Recorder of San Francisco County. At the time of the initial publication of this Notice, the amount due to satisfy the obligation secured by the subject Deed of Trust, estimated costs, expenses, fees and advances is $416,671.38. To verify the opening bid call (408) 374-7204, before the sale date.

The Foreclosure Company, Inc., as Trustee
827 Cedar Street
Santa Cruz, California 95060

Pub. dates: 7/22, 7/29 & 8/5/2020

Date: July 17, 2020

By: _____

Christina Leigh, Foreclosure Officer

**This office is assisting the Beneficiary in collecting a debt and any information obtained may be used for that purpose whether received verbally or in writing.**

THIS AREA HAS INTENTIONALLY BEEN LEFT BLANK

# EXHIBIT 6

# AFFIDAVIT OF MAILING

State of California
County of Santa Cruz

In the matter of Notice of Trustee's Sale
Trustee's Number __17-217__

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 827 Cedar Street, Santa Cruz, California 95060.

On __July 24, 2020__, I served a copy of the __Notice of Trustee's Sale and Summaries of Notice of Trustee's Sale__ by placing a true copy thereof in a sealed envelope with postage fully prepaid, __sent via first-class and Certified mail__, unless otherwise specified, in the United States Post Office at Santa Cruz, California, said mailings were addressed as follows:

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

Brugnara Properties VI
c/o Katherine Louise Brugnara
224 Sea Cliff Avenue
San Francisco, California 94121

State of California Franchise Tax Board
Special Procedures Section
Post Office Box 2952
Sacramento, California 95812-2952

| Notice of Trustee's Sale & Federal Tax Liens sent Certified, Return Receipt on 7/17/2020 *al* | |
|---|---|
| Internal Revenue Service<br>Technical Services Advisory Group Manager<br>1301 Clay Street, Suite 1410S<br>Oakland, California 94612 | |

Recorded on __July 24, 2020__ Inst. No. __2020-K955428__ County of __San Francisco__
                                                              __-00__
I certify under penalty of perjury that the foregoing is true and correct. This declaration was executed on __July 24, 2020__ at Santa Cruz, California.

_____
Christina Leigh

# The Foreclosure Company, Inc.

July 24, 2020

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94121

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.70 |
| Total Postage and Fees | $4.25 |

Postmark Here
07/24/2020

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 3090 0001 7154 3780

Brugnara Properties VI
224 Sea Cliff Avenue
San Francisco, California 94121

Re:  Foreclosure No. 17-217
      Property:     224 Sea Cliff Avenue
                        San Francisco, California 94[...]

To Whom it May Concern:

A Notice of Trustee's Sale has been issued as a result of the above referenced foreclosure. I have enclosed a copy of the Notice of Trustee's Sale which includes the date, time, place and estimated opening bid for the public auction.

Please contact our office if you have any questions.

Sincerely,

Christina Leigh
Foreclosure Officer

Enc.  7

Certified Mail

**This office is assisting the Beneficiary with the collection of a debt and any information obtained may be used for that purpose, whether the information is obtained verbally or in writing.**

7018 3090 0001 7154 3780

827 Cedar Street
Santa Cruz, California 95060

408.374.7204
TheForeclosureCo@gmail.com

# The Foreclosure Company, Inc.

July 24, 2020

Brugnara Properties VI
c/o Katherine Louise Brugnara
224 Sea Cliff Avenue
San Francisco, California 94121

Re: Foreclosure No. 17-217
     Property:   224 Sea Cliff Avenue
                 San Francisco, California 9412

Dear Mrs. Brugnara:

A Notice of Trustee's Sale has been issued as a result of the above referenced foreclosure. I have enclosed a copy of the Notice of Trustee's Sale which includes the date, time, place and estimated opening bid for the public auction.

Please contact our office if you have any questions.

Sincerely,

Christina Leigh
Foreclosure Officer

Enc. 7

Certified Mail

**This office is assisting the Beneficiary with the collection of a debt and any information obtained may be used for that purpose, whether the information is obtained verbally or in writing.**

7018 3090 0001 7154 3797

827 Cedar Street
Santa Cruz, California 95060

408.374.7204
TheForeclosureCo@gmail.com

Case: 22-03007   Doc# 10-2   Filed: 03/23/22   Entered: 03/23/22 12:07:30   Page 25 of 29

# EXHIBIT 7



NATIONWIDE
Posting & Publication

**370913**                                                **# of Postings/Multi Language: 1 / 0**

| | |
|---|---|
| TRUSTEE: **The Foreclosure Company** | TS NO: **17-217** |
| ADDRESS: **224 Sea Cliff Avenue** | CITY: **San Francisco** STATE: **CA** ZIP: **94121** |
| TRUSTOR: **Brugnara Properties VI, A California Corporation** | |
| POST ON: **07/18/2020**    POST BY: **07/23/2020** | APN:    **Lot 001S, Block 1307** |

## POSTING CERTIFICATE

I, the undersigned, do hereby certify that I am of legal age and competent to be a witness relating to the matters herein:
On **07/23/2020** I posted a copy(s) of the Notice of: ☐ Default  ☑ Trustee's Sale  ☐ CCC 2924.8  ☐ CCC 2923.3  ☐ Declaration
pursuant to California Civil Codes 2923.3, 2924f and 2924.8 on the property described in the Notice of Trustee's Sale or Notice of
Default. I posted on the **Front Door** of a **Single Family Dwelling**

On **07/23/2020** a copy of the Notice of Trustee's Sale was posted in a public place in accordance with California Civil Code
2924f(1)at the public viewing board inside the San Francisco Civic Center Courthouse, 400 McAllister St, San Francisco, CA, 400
McAllister St, San Francisco, CA

I certify under penalty of perjury that the foregoing is true and correct: _____  **07/23/2020**
                                                                         Jamie May                Date:

## PROPERTY CONDITION REPORT

| Improvements/Land Use: | | General Info: | | Parking: | |
|---|---|---|---|---|---|
| Structure: | Single Family Dwelling | Occupancy: | Occupied | Garage: | 2 Car |
| Stories: | 2 | Occupancy Contact: No | | Attached: | Yes |
| Color: | Red | Area: | Residential | Open Parking: 0 | |
| Roof: | Tile | Property Value: | Average | Additional: | None |
| Exterior: | Stucco | Vandalism Risk: | Medium | Carport: | No |
| Landscape: Fair | | | | | |

| For Sale Sign: ☐    Real Estate Co/Phone #: |
|---|

Comments: **House is being remodeled. Construction workers on site.**




# SAN FRANCISCO DAILY JOURNAL
~ SINCE 1893 ~

44 MONTGOMERY ST STE 500, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

NATIONWIDE POSTING & PUB (DJ)
1180 IRON POINT ROAD, SUITE 100
FOLSOM, CA - 95630

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of    California      )
County of SAN FRANCISCO ) ss

Notice Type:    TS - TRUSTEE SALE

Ad Description:
370913
Gross Price: $300.00

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/22/2020, 07/29/2020, 08/05/2020

Executed on: 08/05/2020
At OAKLAND ,CA

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*Sonya Peacock* (signature)
_____
Signature

SF#: 3381880

NOTICE OF TRUSTEE'S SALE No. 17-217: YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED November 15, 2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On AUGUST 13, 2020 at 1:30 pm, outside the Memorial Court gates by Van Ness Avenue between 301 and 401 Van Ness Avenue, San Francisco, CA 94102, The Foreclosure Company, Inc., as Substituted Trustee, will sell at public auction to the highest bidder for cash (payable at the time of sale in lawful money of the United States) the following described property situated in the County of San Francisco, State of California, described more fully within said Deed of Trust. The street address and other common designation of the real property described above is purported to be: 224 Sea Cliff Avenue, San Francisco, Ca. 94121 APN: Lot 001S, Block 1307 The undersigned disclaims any liability for any incorrectness of the street address and other common designation shown here. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien you should understand that there are risks involved in bidding at a Trustee's Sale (auction). You will be bidding on a lien. Although you will receive title to the property, placing the highest bid at a Trustee auction DOES NOT automatically entitle you to free and clear ownership of the property. You should be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction you will be, or may be, responsible for paying off all liens senior to the lien being auctioned before you can receive clear title to the property. You are encouraged to investigate the existence, priority and amount of outstanding liens that may exist on this property by contacting the County Recorder's Office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources you should be aware that the same lender may hold more than one mortgage or Deed of Trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this Notice of Sale may be postponed one or more times, pursuant to California Civil Code Section 2924g. The law requires that information about Trustee Sale postponements be made available to you and the public, as a courtesy to those not present at the sale. If you would like to know whether your sale date has been postponed, and/or the rescheduled time and date for the sale of this property, you may call (408) 374-7204 or visit www.foreclosureco.com and check Trustee's Sale #17-217. Information about postponements that are short in duration or that occur close to the scheduled sale time may not immediately be reflected in the telephone information or online. The best way to verify postponement information is to attend the scheduled sale. Said sale will be made without covenant or warranty, expressed or implied regarding title, possession or encumbrances to satisfy the obligations

secured by and pursuant to the Power of Sale conferred in the Deed of Trust executed by Brugnara Properties VI, a California Corporation, as Trustor, Recorded on December 1, 2016 as instrument No. 2016-K365937-00 of Official Records in the Office of the Recorder of San Francisco County. At the time of the initial publication of this Notice, the amount due to satisfy the obligation secured by the subject Deed of Trust, estimated costs, expenses, fees and advances is $416,671.38. To verify the opening bid call (408) 374-7204, before the sale date. The Foreclosure Company, Inc., as Trustee, 827 Cedar Street, Santa Cruz, Ca. 95060 By: Christina Leigh, Foreclosure Officer Date: July 17, 2020 This office is assisting the Beneficiary in collecting a debt and any information obtained may be used for that purpose whether received verbally or in writing. SF0370913 To: SAN FRANCISCO DAILY JOURNAL 07/22/2020, 07/29/2020, 08/05/2020 7/22, 7/29, 8/5/20

**SF-3381880#**