JULIAN BACH, Ca Bar No. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 596-6331

Attorney for Plaintiff-Debtor-in-Possession,
PSG MORTGAGE LENDING CORP, a
Delaware Corp.

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PSG MORTGAGE LENDING CORP., a Delaware Corporation,

    Debtor and Debtor-In-Possession

PSG MORTGAGE LENDING CORP., a Delaware Corporation, Debtor and Debtor-In-Possession,

    Plaintiff-Debtor,

v.

LUKE BRUGNARA and KATHERINE BRUGNARA,

    Defendants.

Adv. No. 22-ap-03007 DM

Case No. 21-30592 DM

Chapter 11

**CERTIFICATE OF SERVICE**

Date:    April 22, 2022
Time:    10:30 a.m.
Place:    VIA ZOOM/AT&T TELE
          Courtroom 17
          U.S. Bankruptcy Court
          450 Golden Gate Avenue
          San Francisco, CA 94102

PROOF OF SERVICE BY MAIL AND/OR ECF

I, JULIAN BACH, declare and state as follows:

1. I am a resident of Orange County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 7911 Warner Avenue, Huntington Beach, California 92647.

2. On March 23, 2022, I served the within **NOTICE OF HEARING ON PLAINTIFF-DEBTOR'S MOTION FOR SUMMARY JUDGMENT; MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF PHILIP FUSCO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF CHRISTINA LEIGH IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; and CERTIFICATE OF SERVICE** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with the postage pre-paid in the United States Mail at Huntington Beach, California, addressed as follows:

SEE ATTACHED SERVICE LIST

Further, I hereby certify that on March 23, 2022, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2022, at Huntington Beach, California.

_____

2

ECF SERVICE LIST

Trevor Ross Fehr                 trevor.fehr@usdoj.gov

EMAIL SERVICE LIST

Paul Greenfield                  Paulgnet@gmail.com

3

SERVICE LIST BY U.S. MAIL

(Plaintiff in Pro Per)
Luke Brugnara c/o
Law Offices of Robert Kane
870 Market Street, Suite # 1128
San Francisco, California 94102